# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NAIROBY NEGRON,

       Plaintiff,

v.                                                                      Case No:   6:25-cv-186-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

## ORDER

Before the Court is a Joint Stipulation for Remand, in which the parties jointly move to remand this social security case for further administrative proceedings, such that:

> On remand, the Appeals Council will instruct the ALJ to reevaluate the medical and other evidence in accordance with the agency's regulations and policies to determine if plaintiff's disability continued after March 1, 2023.  In doing so, the ALJ will offer plaintiff the opportunity for a hearing, take any necessary action to complete the administrative record, and issue a new decision evaluating plaintiff's disability status since March 2, 2023.   The parties further stipulate that the Court should enter judgment remanding in accordance with this stipulation and deny any other relief requested by Plaintiff.

Doc. No. 13.

Upon consideration, the Court finds the Stipulation well taken. *See* 42 U.S.C. § 405(g). Accordingly, it is **ORDERED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the reasons stated by the parties. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties